IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH ROACH                                                                                    PLAINTIFF

v.                              CASE NO. 3:18-CV-00104 BSM

DOES                                                                                          DEFENDANTS

## ORDER

Plaintiff Joseph Roach has not complied with the June 11, 2018, order [Doc. No. 3] directing him to file an amended complaint, and the time to do so has expired. Accordingly, this case is dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of July 2018.

_____
UNITED STATES DISTRICT JUDGE