# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOSEPH ROACH**                                                                               **PLAINTIFF**

**v.**                   **CASE NO. 3:18-CV-00104 BSM**

**DOES**                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of July 2018.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE